# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIPRIANA BAEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>  Defendant. | Case No. 1:22-cv-01158-SAB<br><br>ORDER GRANTING IN PART STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 23)<br><br>THIRTY DAY DEADLINE |

On June 11, 2024, the parties filed a notice of settlement of this action. (ECF No. 21.) On June 12, 2024, an order issued requiring the parties to file dispositive documents on or before July 2, 2024. (ECF No. 22.) On July 2, 2024, the parties filed a stipulation for a ninety-day extension of time to file dispositive documents. (ECF No. 23.) The Court finds good cause to grant in part the stipulation.

Accordingly, IT IS HEREBY ORDERED THAT the parties shall file dispositive documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **July 8, 2024**

UNITED STATES MAGISTRATE JUDGE

1