# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIPRIANA BAEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-01158-SAB<br><br>ORDER GRANTING IN PART THIRD STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 27)<br><br>**THIRTY DAY DEADLINE** |

This action was filed on September 12, 2022. (ECF No. 1.) On June 11, 2024, the parties filed a notice of settlement of the action and an order issued requiring dispositive documents to be filed within thirty days. (ECF Nos. 21, 22.) On July 9, 2024, the parties' stipulation for an extension of time to file dispositive documents was granted in part and dispositive documents were due within thirty days. (ECF Nos. 23, 24.) On August 8, 2024, the parties' second stipulation for an extension of time was granted in part and dispositive documents were due within thirty days. (ECF Nos. 25, 26.) On September 6, 2024, the parties filed a third stipulation for an extension of time. (ECF No. 27.)

The parties seek an additional 90 days to complete the settlement of this action and file dispositive documents. The Court finds good cause to grant in part the stipulation. The parties have now been given ninety days to finalize the settlement agreement. No further extensions shall be granted absent a specific showing of good cause for the requested extension.[1]

---

[1] Any further request for extension of time must provide the specific date that the vehicle has been or is scheduled to be surrendered.

1

1  Accordingly, IT IS HEREBY ORDERED that dispositive documents shall be filed within
2  **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**September 9, 2024**__

UNITED STATES MAGISTRATE JUDGE