# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIPRIANA BAEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>        Defendant. | Case No. 1:22-cv-01158-SAB<br><br>ORDER GRANTING IN PART FOURTH STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 29)<br><br>**DECEMBER 2, 2024 DEADLINE** |

This action was filed on September 12, 2022. (ECF No. 1.) On June 11, 2024, the parties filed a notice of settlement of the action and an order issued requiring dispositive documents to be filed within thirty days. (ECF Nos. 21, 22.) On July 9, 2024, the parties' stipulation for an extension of time to file dispositive documents was granted in part and dispositive documents were due within thirty days. (ECF Nos. 23, 24.) On August 8, 2024, the parties' second stipulation for an extension of time was granted in part and dispositive documents were due within thirty days. (ECF Nos. 25, 26.) On September 9, 2024, the parties' third stipulation for an extension of time was granted in part. (ECF No. 28.) Therein, the Court provided that any further extension request must be accompanied by a specific date that the vehicle has been or is scheduled to be surrendered.

On October 4, 2024, the parties filed a fourth stipulation to extend the deadline to January 9, 2025 to complete the settlement of this action and file dispositive documents. (ECF No. 29.) The parties proffer that the agreed upon date of surrender of the vehicle is November 1, 2024.

1  The Court finds good cause to grant in part the stipulation.  The parties have now been given
2  nearly 120 days to finalize the settlement agreement. The parties shall have until thirty days after
3  the surrender of the vehicle to file dispositional documents.  No further extensions shall be
4  granted absent a specific showing of good cause for extending the time to file dispositional
5  documents.

6      Accordingly, IT IS HEREBY ORDERED that dispositive documents shall be filed within
7  **no later than December 2, 2024**.

IT IS SO ORDERED.

Dated:   **October 7, 2024**                    _____
                                                                          UNITED STATES MAGISTRATE JUDGE